# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

JOSHUA K. WALKER AND TANA M. WALKER

VERSUS

RALPH SELLERS MOTOR COMPANY, L.L.C. D/B/A RALPH SELLERS DODGE CHRYSLER JEEP AND DESERT SUN MOTORS, INC.

NO.  2023 CW 0206

**May 9, 2023**

---

In Re:    Ralph Sellers Motor Company, L.L.C. d/b/a Ralph Sellers Chrysler Dodge Jeep, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 134207.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.**

**MRT**
**CHH**

**Chutz, J.,** dissents and would grant the writ. Both the original and amended petition of plaintiffs, Joshua K. Walker and Tana M. Walker, alleged that relator failed to properly install a replacement engine on their vehicle. This states a cause of action for breach of a repairman's general duty to perform repair work in a non-negligent, prudent and skillful manner; liability for a breach thereof arises *ex delicto*. See **K & M Enterprises of Slaughter, Inc. v. Richland Equipment Co., Inc.,** 96-2292 (La. App. 1st Cir. 9/19/97), 700 So.2d 921. Plaintiffs' action sounds in tort, not contract, and therefore was subject to a liberative prescription of one year. La. Civ. Code art. 3492. Plaintiffs failed to file suit within one year of the alleged tort damage and failed to bear their burden of proving applicability of the *contra non valentem* doctrine.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT